# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEREK ISAAC,** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:20-cv-01993** |
| **v.** | : | |
| | : | **(Judge Rambo)** |
| **ROBERT MARSH, <u>et</u> <u>al.</u>,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, on this 12th day of April 2023, upon consideration of Defendants

Sergeant Zachary Hammers ("Hammers") and Corrections Officer Robert McClincy

("McClincy")'s motion for summary judgment (Doc. No. 36), and in accordance

with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The motion for summary judgment (Doc. No. 36) is **GRANTED**, and the Clerk of Court is directed to enter judgment in favor of Defendants McClincy and Hammers and against Plaintiff Derek Isaac; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge
